**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LOVE RENOVATIONS & DESIGN, LLC, | : | Case No. 22-11152 (MDC) |
| | : | |
| Debtor. | : | |
| | : | |

## STIPULATION AND ORDER DISMISSING CASE

Love Renovations & Design, LLC, by and through its undersigned counsel, and the Office of the United States Trustee, by and through its undersigned counsel, hereby stipulate and agree to the entry of an order dismissing this bankruptcy case.

WEIR GREENBLATT PIERCE LLP

By: /s/ *Jeffrey S. Cianciulli*
    Jeffrey S. Cianciulli, Esquire
    *Counsel for Debtor*

OFFICE OF UNITED STATES TRUSTEE

By: /s/ *Kevin P. Callahan*
    Kevin P. Callahan, Esquire
    *Counsel for United States Trustee*

FRIEDMAN SCHUMAN, PC

By: */s/ Leona Mogavero*
    Leona Mogavero, Esquire
    Subchapter V Trustee

DATED: May 23, 2022

**SO ORDERED** this 24th day of May 2022:

**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**